FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-1173
_____

DEAN BRUNO LAINHART,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


December 9, 2024


PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

ROBERTS, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dean Bruno Lainhart, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.